**McCarthy Law PLC**
CANDID CONVERSATION. WISE COUNSEL.

**Kevin Fallon McCarthy, 011017**
**Jacob W. Hippensteel, 032713**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**jacob.hippensteel@mccarthylawyer.com**
**Attorneys for Plaintiff**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| GLYNIS BROOKS,<br><br>      Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>      Defendants. | Case No: 2:17-cv-00569-GMS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Glynis Brooks ("Plaintiff"), by and through her undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

Respectfully submitted this 19th day of January, 2018.

| | |
|---|---|
| SNELL & WILMER<br><br>*By:/s/ Christopher Meyers*<br>Christopher Meyers<br>One Arizona Center<br>400 East Van Buren Street, #1900<br>Phoenix, Arizona 85004-2202<br>Attorney for Defendant: Equifax Information Services, LLC | MCCARTHY LAW PLC<br><br>*By:/s/ Jacob W. Hippensteel*<br>Kevin Fallon McCarthy, Esq.<br>Jacob W. Hippensteel, Esq.<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2018, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

<u>By: /s/Jacob W. Hippensteel</u>