IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Glynis Brooks,<br><br>      Plaintiff,<br><br>v.<br><br>Equifax Information Services LLC,<br><br>      Defendant. | No. CV-17-00569-PHX-GMS<br><br>**ORDER** |

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Dismiss (Doc. 40) with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 12th day of March, 2018.

*[signature]*

Honorable G. Murray Snow
United States District Judge